No. 88–7593. KRICKENBARGER-OLIVER *v.* HUYLER ET AL. C. A. 5th Cir. Certiorari before judgment denied.